

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Aracely Gomez, | § | No. 08-17-00236-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| Wingfoot Enterprises, Inc. d/b/a Allegiance Staffing and David Avalos, | § | of El Paso County, Texas |
| | § | (TC# 2013-DCV3850) |
| Appellees. | § | |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's unopposed second motion for extension of time to file modified order. The motion is GRANTED. Therefore, the modified order shall be filed with the trial court no later than February 11, 2019, and a supplemental clerk's record containing the modified order shall be filed in this Court no later than ten days after the modified order is filed with the trial court clerk.

IT IS SO ORDERED this 13th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.